# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CARLTON PHAROAH STROTHER | § § | |
| v. | § § § | CIVIL ACTION NO. 3:20-CV-1038-S-BT |
| K. ZOOK | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 11]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

If Petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED.**

SIGNED August 25, 2021

_____
UNITED STATES DISTRICT JUDGE